TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN






NO. 03-02-00508-CR







Ronald Stokes, Appellant



v.



The State of Texas, Appellee







FROM THE DISTRICT COURT OF TRAVIS COUNTY, 299TH JUDICIAL DISTRICT


NO. 2010366, HONORABLE JON N. WISSER, JUDGE PRESIDING






O R D E R


PER CURIAM

The reporter's record was due to be filed on August 8, 2002. The court reporter did
not respond to the Clerk's notice that the record is overdue. 

The court reporter for the 299th District Court, Mr. Leon Justice, is ordered to file the
reporter's record no later than October 7, 2002. No further extension of time will be granted.

It is ordered September 4, 2002.


Before Chief Justice Aboussie, Justices Patterson and Puryear

Do Not Publish